**Electronically Filed
Supreme Court
SCWC-18-0000216
10-JUL-2024
09:08 AM
Dkt. 17 OGAC**

SCWC-18-0000216

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, DEPARTMENT OF PUBLIC SAFETY
Respondent/Employer-Appellee-Appellee,

vs.

RUTH FORBES [MAB Case No. 354],
Petitioner/Appellee-Appellant,

and

MERIT APPEALS BOARD; SEAN SANADA,
VALERIE B. PACHECO and NORA NOMURA,
Respondents/Agency-Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000216; CASE NO. 1CC171001242)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Ruth Forbes's Application for Writ of

Certiorari, filed on May 14, 2024, is hereby accepted and will be

scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai‘i, July 10, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

2